437 A.2d 1024

Commonwealth v. Martin, Appellant.

Submitted December 5, 1980. John J. Cerra, for appellant; Ernest Preate, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The order of the lower court is hereby affirmed on the well-reasoned opinion of Kosik, P. J., of the Lackawanna County, Court of Common Pleas.